## July 2, 1981

No. 80–1597. Campbell, Commissioner of Transportation of Maine *v.* John Donnelly & Sons et al. Affirmed on appeal from C. A. 1st Cir. The Chief Justice, Justice Rehnquist, and Justice Stevens would note probable jurisdiction and set case for oral argument. Justice Stewart took no part in the consideration or decision of this case.